UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERTA RICCI, DACHELLE L. THREATS, VINCENT PIZZI, DIANE DINOBILE, ABIGAIL TORRES, JOHN BORDEN, and NORTH AMERICAN AUTO LEASING, LLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PROVIDENCE, by and through its Treasurer, James J. Lombardi, III,<br><br>Defendant. | CIVIL ACTION NO.<br>1:18-cv-00171-JJM-PAS |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF A COURT ORDER GRANTING PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT**

**I.      INTRODUCTION**

Roberta Ricci, Dachelle L. Threats, Vincent Pizzi, Diane Dinobile, Abigail Torres, John Borden, and North American Auto Leasing, LLC, (hereafter collectively also referred to as "Named Plaintiffs"), individually and on behalf of a proposed settlement class consisting of a proposed group of individuals and entities that are all similarly situated (hereafter also referred to as "Class" or "Class Members"), in this proposed class action lawsuit (hereafter also referred to as "Class Action"), respectfully moves this Court in this motion for entry of a proposed preliminary approval order (hereafter also referred to as "Preliminary Approval Order") granting preliminary approval of the Class Action settlement. The City of Providence (hereafter also referred to as "Defendant") does not oppose Plaintiffs' motion for entry of a court order granting preliminary approval of the proposed Class Action settlement

(hereafter also referred to as "Unopposed Motion").

Named Plaintiffs and the City of Providence (hereafter also referred to as "Defendant") have reached and entered into a proposed settlement of the Class Action (hereafter also referred to as "Settlement"), the terms of which are incorporated into a proposed settlement agreement and release with its attached exhibits (hereafter also referred to as "Settlement Agreement"). The Settlement Agreement is attached hereto as Exhibit "A" and filed contemporaneously with the Court.

Plaintiffs assert that the Settlement is fair and reasonable and is consistent with the provisions of Rule 23. In support of the Unopposed Motion, Plaintiffs refer the Court to the Memorandum of Law in Support of the Unopposed Motion for Entry of a Court Order Granting Preliminary Approval of the Proposed Class Action Settlement, filed contemporaneously with the Court.

Plaintiffs request that the Court grant the Unopposed Motion and enter the Preliminary Approval Order, that for settlement purposes only, provides for:

(1)   conditional certification of the Class as defined in the Settlement Agreement;

(2)   conditional appointment of Named Plaintiffs to serve as Class representatives;

(3)   conditional appointment of Plaintiffs' counsel, Peter N Wasylyk, of the Law Offices of Peter N. Wasylyk and Peter J. Petrarca, of Petrarca & Petrarca Law Offices to serve as Class counsel;

(4)   approval of the proposed notice, in the form and manner provided for in the Settlement Agreement, which proposed notice will inform Class Members of the terms of the Settlement and their rights, including but not limited to the proposed Class definition, conditional certification of the Class, conditional appointment of Named Plaintiffs as Class

representatives, conditional appointment of Named Plaintiffs' counsel as Class counsel, deadline for Class Members to exclude themselves from the Class, object to the Settlement, and determine whether they wish to challenge their speeding citations at a new hearing before the City of Providence Municipal Court by completing and timely submitting a simple, easy to understand hearing request form;

    (5)    scheduling a date and time for a fairness hearing to consider final approval of the Settlement.

Dated: June 13, 2018

                                            Respectfully submitted,

                                            */s/ Peter N. Wasylyk*
Peter N. Wasylyk (R.I. Bar # 3351)
**Law Offices of Peter N. Wasylyk**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064
E-Mail: pnwlaw@aol.com

*/s/ Peter J. Petrarca*
Peter J. Petrarca (RI Bar # 6137)
**Petrarca & Petrarca Law Offices**
330 Silver Spring Street
Providence, RI 02904
401- 273-1111 (telephone)
401- 621-2225 (facsimile)
Email: Peter330350@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2018, I electronically filed Plaintiffs' Unopposed Motion for Entry of a Court Order Granting Preliminary Approval of the Proposed Class Action Settlement. Notice of this filing will be sent by e-mail to all Attorneys of Record by operation of the Court's Electronic Filing as indicated on the Notice of Electronic Filing. This document is available for viewing and downloading from the Court's Electronic Case Filing System.

/s/ Peter N. Wasylyk_____
Peter N. Wasylyk (R.I. Bar No. 3351)
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
Tel: 401-831-7730
Fax: 401- 861-6064
E-Mail: pnwlaw@aol.com