UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROBERTA RICCI, DACHELLE L. THREATS, VINCENT PIZZI, DIANE DINOBILE, ABIGAIL TORRES, JOHN BORDEN, and NORTH AMERICAN AUTO LEASING, LLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PROVIDENCE, by and through its Treasurer, James J. Lombardi, III,<br><br>Defendant. | CIVIL ACTION NO.<br>1:18-cv-00171-JJM-PAS |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF THE [PROPOSED] FINAL ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF THE PRELIMINARILY APPROVED CLASS ACTION SETTLEMENT, CLASS CERTIFICATION, ATTORNEYS FEES' AND REIMBURSEMENT OF COSTS AND EXPENSES, AND PLAINTIFFS' INDIVIDUAL SERVICE AWARDS**

I.   INTRODUCTION

Roberta Ricci, Dachelle L. Threats, Vincent Pizzi, Diane Dinobile, Abigail Torres, John Borden, and North American Auto Leasing, LLC, (hereafter collectively also referred to as "Plaintiffs" or "Named Plaintiffs" or "Class Representatives"), individually and on behalf of class consisting of individuals and entities that are all similarly situated (hereafter also referred to as "Class" or "Class Members"), in this class action lawsuit (hereafter also referred to as "Class Action"), with the agreement of the City of Providence (hereafter also referred to as "Defendant" or "City") submit this unopposed motion (hereafter also referred to as "Unopposed Motion" or "Motion"), seeking entry of the final approval order substantially in the form of the [Proposed] Final Order and Judgment which is attached as

Exhibit "A" to Plaintiffs' Motion (hereafter also referred to as "Final Approval Order" or "Court Order"). The Final Approval Order seeks to grant final approval to the preliminarily approved Class Action settlement (hereafter also referred to as "Settlement"), which Settlement was preliminarily approved by an order of this Honorable Court entered on June 14, 2018 (hereafter also referred to as "Preliminary Approval Order").

Plaintiffs respectfully request that this Honorable Court enter the Final Approval Order granting final approval of the Settlement, that:

(1)   grants final certification of the Class (hereafter also referred to as "Class Certification") in conformance with the Class as defined in the [Proposed] Final Order and Judgment attached as Exhibit "A" to this Motion;

(2)   appoints Named Plaintiffs to serve as Class Representatives;

(3)   appoints Plaintiffs' Counsel, Peter N Wasylyk, of the Law Offices of Peter N. Wasylyk and Peter J. Petrarca, of Petrarca & Petrarca Law Offices to serve as Class Counsel (hereafter also referred to as "Class Counsel");

(4)   finds that the notice to the Class in the form and manner provided for in the Preliminary Approval Order adequately informed Class Members of the terms of the Settlement and their rights, including but not limited to, the deadline for Class Members to choose their desired particular form of relief, the deadline for Class Members who wished to exclude themselves from the Settlement, and the deadline and procedure for Class Members who wished to file a timely and valid objection to the Settlement, and the date and time for the fairness hearing to consider final approval of the Settlement;

(5)   awards attorneys' fees and reimbursement of costs and expenses in the amount of seventy-five thousand dollars ($75,000.00) to Class Counsel; and

(6) grants individual incentive awards of five hundred dollars ($500.00) to each of the Named Plaintiffs for a total of three thousand five hundred dollars ($3,500.00).

As discussed more fully in Plaintiffs Memorandum of Law in Support of Plaintiffs' Motion, there is clear evidence that the Settlement is fair, adequate, and reasonable. Plaintiffs respectfully request that this Honorable Court grant this Motion and enter the [Proposed] Final Order and Judgment.

Dated: October 1, 2018

Respectfully submitted,

*/s/ Peter N. Wasylyk*
Peter N. Wasylyk (R.I. Bar # 3351)
**Law Offices of Peter N. Wasylyk**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064
E-Mail: pnwlaw@aol.com

*/s/ Peter J. Petrarca*
Peter J. Petrarca (RI Bar # 6137)
**Petrarca & Petrarca Law Offices**
330 Silver Spring Street
Providence, RI 02904
401- 273-1111 (telephone)
401- 621-2225 (facsimile)
Email: Peter330350@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2018, I electronically filed Plaintiffs' Unopposed Motion for Entry of the [Proposed] Final Order and Judgment Granting Final Approval of the Preliminarily Approved Class Action Settlement, Class Certification, Attorneys' Fees and Reimbursement of Costs and Expenses, and Plaintiffs' Individual Service Awards. Notice of this filing will be sent by e-mail to all Attorneys of Record by operation of the Court's Electronic Filing as indicated on the Notice of Electronic Filing. This document is available for viewing and downloading from the Court's Electronic Case Filing System.

/s/ Peter N. Wasylyk
Peter N. Wasylyk (R.I. Bar No. 3351)
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue Providence, RI 02908
Tel: 401-831-7730
Fax: 401- 861-6064
E-Mail: pnwlaw@aol.com